## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

LUTHER V. MCNALL,

                Plaintiff,

-vs-                                   Case No.  2:09-cv-298-FtM-36SPC

HARTFORD UNDERWRITERS INSURANCE
COMPANY,

                Defendant.

_____

## ORDER

This matter comes before the Court on the Plaintiff Luther V. McNall and Defendant Hartford Underwriter's Insurance Company's Joint Agreed Motion to Enlarge Pretrial Deadlines and to Amend Scheduling Order or in the Alternative, for Status Conference     (Doc. #33) filed on December 22, 2009.  The Motion was referred to this Court on February 1, 2010.  It is now ripe for review.

District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001).

As grounds, the Parties state they are working to narrow the issues and to streamline discovery and are in agreement that additional time is necessary to conduct the phased discovery related to individual and, if necessary, class issues.  After a review of the Motion and the current Case Management and Scheduling Order the Court finds good cause to grant the extension.

Accordingly, it is now

**ORDERED:**

(1) The Plaintiff Luther V. McNall and Defendant Hartford Underwriter's Insurance Company's Joint Agreed Motion to Enlarge Pretrial Deadlines and to Amend Scheduling Order (Doc. #33) is **GRANTED**.

(2) The Alternative Motion for a Status Conference is **DENIED**.

(3) The Case Management and Scheduling Order is modified as follows:

| | | |
|---|---|---|
| Disclosure of Experts | Plaintiff: Defendant: Rebutal: | **February 8, 2010** **March 8, 2010** **April 5, 2010** |
| Discovery Deadline | | **May 17, 2010** |
| Mediation | Deadline: Mediator: Address: Telephone: If no Mediator is selected herein the Parties shall file a stipulation selecting a mediator within eleven days of the date of this Order | **May 17, 2010** **J. Terrence Porter** **1715 Monroe Street** **Fort Myers, FL 33901** **(239) 344-1100** |
| Dispositive Motions, *Daubert*, and *Markman* Motions | | **June 21, 2010** |
| Meeting In Person to Prepare Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Forms (With diskette), Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form) | | **August 2, 2010** |
| All Other Motions Including Motions *In Limine*, Trial Briefs | | **August 16, 2010** |

| | | |
|---|---|---|
| Final Pretrial Conference | Date:<br>Time:<br>Judge: | **August 23, 2010**<br>**1:30pm**<br>**Hon. Charlene Honeywell** |
| Trial Term Begins<br>(Trials Before Magistrate Judges Begin on<br>Date Certain) | | **September 7, 2010** |
| Estimated Length of Trial | | **3-5 Days** |
| Jury/Non Jury | | **Jury** |

**DONE AND ORDERED** at Fort Myers, Florida, this __2nd__ day of February, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record